UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHIANNON NUGENT and JUAN QUINTANA, as Co-Personal Representatives of the Estate of JUAN A. QUINTANA II, Deceased,

Plaintiffs,

vs.

SPECTRUM JUVENILE JUSTICE SERVICES and SPECTRUM HUMAN SERVICES, INC.,

Defendants.

Case No.: 2:21-cv-12741
Honorable George C. Steeh
Magistrate Curtis Ivy, Jr.

---

JONATHAN R. MARKO (P72450)
Marko Law, PLLC
Attorney for Plaintiff
220 W Congress Street
4th Floor
Detroit, MI 48226
(313) 777-7529/Fax: (313) 771-5758
jon@markolaw.com

MARK J. ZAUSMER (P31721)
LAUREN M. WAWRZYNIAK (P69832)
JONATHAN R. FRESHOUR (P81381)
Zausmer, P.C.
Attorneys for Defendants
32255 Northwestern Highway, Suite 225
Farmington Hills, MI 48334
(248) 851-4111/Fax: (248) 851-0100
mzausmer@zausmer.com
lwawrzyniak@zausmer.com
jfreshour@zausmer.com

---

**NOTICE OF CONFLICT WALL TO TRIBUNAL**

To: Hon. George C. Steeh

All Counsel of Record

Pursuant to Michigan Rule of Professional Conduct 1.10, Notice is hereby given that:

1. Cait Malhiot, formerly of, Marko Law, has become associated with Zausmer, P.C.

2. Cait Malhiot has been screened by Zausmer, P.C. from any participation in the above referenced matter. Zausmer, P.C. screening procedures include the following:

   a. Cait Malhiot and all attorneys and staff of Zausmer, P.C. were asked to identify all matters in which they know a conflict exists which would trigger establishment of the conflict wall. The firm also checks internal records to identify all matters in which Cait Malhiot's former law firm employer currently appears as adverse counsel.

   b. Once a conflict wall situation was identified, a specific staff member was instructed to physically label all paper files relating to any screened matters. The label identifies that Cait Malhiot is screened from the file, so there will be no question regarding who may view the contents of the file.

   c. Notice has been circulated to all attorneys and staff to advise that a conflict wall has been established, identifying that Cait Malhiot has been screened from all current matters where Cait Malhiot, is adverse, including the instant matter. The notice specified the conduct appropriate to observe the conflict wall.

3. The procedures outlined in Paragraph 2 were followed in Cait Malhiot's association to the firm.

4. Cait Malhiot is paid a set salary and will not share in any fees obtained in the above referenced matter.

Respectfully submitted,

ZAUSMER, P.C.

*/s/ Lauren M. Wawrzyniak*
MARK J. ZAUSMER (P31721)
LAUREN M. WAWRZYNIAK (P69832)
JONATHAN R. FRESHOUR (P81381)
Attorneys for Defendants
32255 Northwestern Highway, Suite 225
Farmington Hills, MI 48334
(248) 851-4111/Fax: (248) 851-0100
mzausmer@zausmer.com
lwawrzyniak@zausmer.com
jfreshour@zausmer.com

Dated: July 3, 2024