MARKOLAW.COM
220 W. CONGRESS, 4TH FLOOR
DETROIT, MI 48226
P: (313) 777-7LAW
F: (313) 470-2011
MARKO LAW

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RHIANNON NUGENT and JUAN QUINTANA, co- personal representatives of the Estate of JUAN A. QUINTANA, II, Deceased,

Plaintiff,

-vs-

SPECTRUM JUVENILE JUSTICE SERVICES and SPECTRUM HUMAN SERVICES, INC.,

Defendants.

Case No. 2:21-cv-12741
Hon. George C. Steeh
Mag. Curtis Ivy, Jr.

JONATHAN R. MARKO (P72450)
**MARKO LAW, PLLC**
Attorney for Plaintiff
220 W. Congress, 4th Floor
Detroit, Michigan 48226
P: (313) 777-7529 / F: (313) 771-5785
jon@markolaw.com

MARK J. ZAUSMER (P31721)
LAUREN M. WAWRZYNIAK (P69832)
JONATHAN R. FRESHOUR (P81381)
**ZAUSMER, P.C.**
Attorneys for Defendants
32255 Northwestern Highway, Suite 225
Farmington Hills, MI 48334
P: (248) 851-4111 / F: (248) 851-0100
mzausmer@zausmer.com
lwawrzyniak@zausmer.com
jfreshour@zausmer.com

**PLAINTIFF'S BILL OF COSTS RELATED TO ECF NO. 75 PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS**

NOW COMES, **RHIANNON NUGENT and JUAN A. QUINTANA, Co-Personal Representatives of the Estate of Plaintiff JUAN A. QUINTANA II, deceased**, by and through their attorneys, **MARKO LAW, PLLC**, and Submits their Bill of Costs Related to ECF No. 75 Plaintiff's Motion to Compel and for Sanctions:

1. On September 12, 2024, this Honorable Court issued an Order on the parties' pending discovery motions, where the Court held that it "will require Defendants to pay Plaintiffs' reasonable costs and fees in bringing the motion to compel and for sanctions at ECF No. 75 and in arguing that motion before the Court." (ECF No. 98, PageID. 2985).

2. Pursuant to this Court's Order, Plaintiff timely submits their Bill of Costs within 21 days of ECF No. 98, attached as **Exhibit 1.**

WHEREFORE, Plaintiff respectfully requests that this Honorable Court Awards Plaintiff's Reasonable Costs and Fees Related to ECF No. 75 Plaintiff's Motion to Compel and for Sanctions in the Amount Provided in **Exhibit 1**.

Respectfully submitted,

*/s/ Jonathan R. Marko*

Jonathan R. Marko (P72450)
**MARKO LAW, PLLC**
220 W. Congress, Fourth Floor
Detroit, MI 48226
(313) 777-7529 / Fax: (313) 470-2011
Email: jon@markolaw.com

Date: September 17, 2024

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each attorney of record on **September 17, 2024**, via:

☐ U.S. Mail ☐ Fax
☐ Hand Delivered ☐ Overnight Carrier
☐ Certified Mail ☐ Other: Mi-FILE Truefiling
☒ ECF System ☐ Email

*/s/ Melinda S. Morisset*



MARKOLAW.COM
220 W. CONGRESS, 4TH FLOOR DETROIT, MI 48226
P: (313) 777-7LAW F: ((313) 470-2011
JM MARKO LAW

# EXHIBIT 1

| Date | Time Keeper | Activity | Time (hr.) | Rate | Fee |
|---|---|---|---|---|---|
| 5/8/2024 | Jonathan Marko | Begin Research, Analysis, and Review of Facts and Applicable Case law and Fedeal Rules of Civil Procedure | 4.2 | $ 950.00 | $ 3,990.00 |
| 5/14/2024 | Jonathan Marko | Complete Reasearch, Analysis and Review of Facts and Applicable Law and complete initial drafting of Brief in Support of Plaintiff's Motion to Compel and For Sanctions | 2.2 | $ 950.00 | $ 2,090.00 |
| 5/22/2024 | Jonathan Marko | Assemble Exhibits, Draft Index of Exhibits, Complete Brief's Table of Contents and Index of Authorities | 1 | $ 950.00 | $ 950.00 |
| 9/5/2024 | Jonathan Marko | Prepare for Oral Arguments re ECF 75, 84, 85 | 2.1 | $ 950.00 | $ 1,995.00 |
| 9/6/2024 | Jonathan Marko | Travel and Attend Oral Arguments in Federal District Court | 3.4 | $ 950.00 | $ 3,230.00 |
| 9/17/2024 | Jonathan Marko | Assemble and Calculate Hours re Bill of Costs for Services related to ECF 75 | 1 | $ 950.00 | $ 950.00 |

| | | | |
|---|---|---|---|
| **TOTAL ATTORNEY FEES** | **13.9** | **$ 950.00** | **$ 13,205.00** |

| COSTS | | | |
|---|---|---|---|
| Date | Rate | Cost Incurred | Amount |
| 5/22/2024 | 139 miles x $.67/mile | Mileage to and from District Court | $ 93.13 |

| | |
|---|---|
| **TOTAL COSTS** | **$ 93.13** |

| | |
|---|---|
| **GRAND TOTAL FEES AND COSTS** | **$ 13,298.13** |