UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
MICHIGAN SOUTHERN DIVISION

Rhiannon Nugent and Juan Quintana,
As Co-Personal Representatives of the
Estate of Juan A. Quintana II, deceased,

    Plaintiff,                                   Case No. 21-12741

vs.                                              Hon. Jonathon J.C. Grey

Spectrum Juvenile Justice Services
And Spectrum Human Services, Inc.,

    Defendants.
_____/

**<u>ORDER DENYING PLAINTIFFS' EMERGENCY MOTION FOR
RECONSIDERATIOIN (ECF No. 114) AND DEFENDANTS'
MOTION FOR LEAVE TO FILE RESPONSE (ECF No. 115)</u>**

On November 1, 2024, the Court granted in part and denied in part plaintiffs' ex parte motion to exceed page limitation. (ECF No. 113.) In that order, the Court held that plaintiffs could file a 60-page brief in response to defendants' 47-page motion for summary judgment. On November 4, 2024, plaintiffs filed an emergency motion for reconsideration of the November 1, 2024 Order. (ECF No. 114.) The same

day, defendants filed a motion for leave to file a response to the emergency motion for reconsideration. (ECF No. 115.)

The Court **DENIES** defendants' motion, as the Court is well-versed in the case, is familiar with the underlying motion for summary judgment and plaintiffs' arguments, and would not find additional briefing helpful. The Court also **DENIES** plaintiffs' motion. The Court fully considered plaintiffs' initial request to file an overlength brief and awarded plaintiffs' 35 pages more than the applicable rules permit–and 13 pages more than defendants were allowed. The Court is not persuaded that plaintiffs require a brief twice as long as defendants' brief.

Accordingly, **IT IS ORDERED** that plaintiffs' emergency motion for reconsideration (ECF No. 114) is **DENIED**.

**IT IS FURTHER ORDERED** that defendants' motion for leave to file a response to the emergency motion for reconsideration (ECF No. 115) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiffs shall file a new response to defendants' motion for summary judgment on or before November 15, 2024, provided that the response brief shall not exceed 60 pages of substantive text.

**IT IS FURTHER ORDERED** that defendants' reply brief must be filed by December 1, 2024.

**SO ORDERED**.

Dated: November 8, 2024

s/Jonathan J.C. Grey
JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

## **<u>Certificate of Service</u>**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 1, 2024.

<u>**s/ S. Osorio**</u>
Sandra Osorio
Case Manager