MARKOLAW.COM
220 W. CONGRESS, 4TH FLOOR
DETROIT, MI 48226
P: (313) 777-7777
F: ((313) 470-2011
JM MARKO LAW

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RHIANNON NUGENT and JUAN QUINTANA, co-personal representatives of the Estate of JUAN A. QUINTANA, II, Deceased,

Plaintiff,

-vs-

SPECTRUM JUVENILE JUSTICE SERVICES and SPECTRUM HUMAN SERVICES, INC.,

Defendants.

Case No. 2:21-cv-12741
Hon. Jonathan J.C. Grey
Mag. Judge Curtis Ivy, Jr.

---

JONATHAN R. MARKO (P72450)
JOHN T EADS, III (P43815)
CHRISTOPHER T. PUTRYCUS (P84991)
ALLIE J. FARRIS (P88654)
**MARKO LAW, PLLC**
Attorneys for Plaintiffs
220 W. Congress, 4th Floor
Detroit, Michigan 48226
P: (313) 777-7777 / F: (313) 470-2011
jon@markolaw.com
jeads@markolaw.com
chris@markolaw.com
allie@markolaw.com

MARK J. ZAUSMER (P31721)
LAUREN M. WAWRZYNIAK (P69832)
JONATHAN R. FRESHOUR (P81381)
MARSHE E. HARRIS (P81388)
**ZAUSMER, P.C.**
Attorneys for Defendants
32255 Northwestern Highway, Suite 225
Farmington Hills, MI 48334
P: (248) 851-4111 / F: (248) 851-0100
mzausmer@zausmer.com
lwawrzyniak@zausmer.com
jfreshour@zausmer.com
mharris@zausmer.com

MELVIN BUTCH HOLLOWELL (P37834)
ERIC J. MINCH (P80926)
**THE MILLER LAW FIRM**
211 W. Fort Street, Suite 705
Detroit, MI 48226-3263
P: (313) 483-0880 / F: (313) 207-3890
mbh@millerlawpc.com
Ejm@millerlawpc.com

---

MARKOLAW.COM
220 W. CONGRESS, 4TH FLOOR
DETROIT, MI 48226
P: (313) 777-7777
F: ((313) 470-2011
MARKO LAW

# PLAINTIFFS' MOTION TO APPROVE SETTLEMENT AND AUTHORIZE DISTRIBUTION OF WRONGFUL DEATH SETTLEMENT PROCEEDS

**NOW COMES** Plaintiffs, **RHIANNON NUGENT** and **JUAN QUINTANA**, Co-Personal Representatives of the Estate of Juan A. Quintana, II, deceased, by and through their attorneys, **MARKO LAW, PLLC**, and for their Motion to Approve Settlement and Authorize Distribution of Wrongful Death Settlement Proceeds, state as follows:

1. This Wrongful Death case arises from an incident that occurred on September 11, 2018, wherein which Juan A. Quintana, II, committed suicide while in the custody and care of Defendants' juvenile detention center. Plaintiffs, as Co-Personal Representatives of his Estate, brought this Wrongful Death action against Defendants pursuant to MCL § 600.2922.

2. Plaintiffs and Defendants have agreed to settle the wrongful death claims against Defendants for a confidential amount.

3. Plaintiffs request that the Court approve the parties' settlement as same is in the best interests of the estate.

4. This settlement is subject to court approval and is subject to confidential terms and conditions as agreed by the parties.

5. Plaintiffs submit that the settlement is fair, just, and reasonable under the circumstances and is in the best interests of the Estate and its statutory beneficiaries.

6. Plaintiffs further request, pursuant to MCL § 600.2922(5), authorization to distribute the settlement proceeds as follows:

a. **$116,804.66** to Marko Law, PLLC, said sum representing advanced costs incurred and expended in pursuing this matter;

b. **$104,010.63** to Warner Norcross & Judd LLP, said sum representing advanced costs incurred and expended in pursuing this matter;

c. **$50,000.00** as future costs until the resolution of the bench trial in Wayne County Circuit Court. The balance will be held to pay any future costs incurred in this matter. In the event additional costs are incurred, those costs will be deducted from the balance and the remaining portions will be distributed to Marko Law, PLLC, and the heirs-at-law herein. Marko Law, PLLC, shall receive 1/3 of said remaining portion, and the remaining 2/3 shall be paid to the heirs-at-law on a *pro rata* basis;

d. **1/3 of the settlement proceeds** to Marko Law, PLLC, said sum representing 1/3 attorney fee per the contingency agreement between Marko Law and Plaintiff;

e. **$10,278.82** to Darren Findling of The Probate Pro, PLC, for probate services provided in appointing the Co-Personal Representatives and in maintaining the Estate;

f. Distribution of the remaining proceeds to the heirs-at-law of Decedent's Estate, as listed below in **Exhibit A.**

i. Rhiannon Nugent (mother)
ii. Juan Quintana (father)



MARKOLAW.COM
220 W. CONGRESS, 4TH FLOOR
DETROIT, MI 48226
P: (313) 777-7777
F: ((313) 470-2011
MARKO LAW

iii. Nina Quintana (sister)
iv. Penny Quintana (Paternal grandmother)
v. Margaret (Peggy) Sawyers (maternal grandmother)
vi. Michael Quintana (Paternal grandfather)
vii. Benjamin Nugent (half-brother)
viii. Noah Nugent (half-brother)
ix. Zach Nugent (half-brother)

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant Plaintiffs' Motion to Approve Settlement and Authorize Distribution of Wrongful Death Settlement Proceeds, and to enter and Order enforcing said approval and distribution terms.

PROOF OF SERVICE

The undersigned certifies that the forgoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on this **13th day of April 2026**.

☐ US Mail ☐ Fax ☐ Hand Delivered
☐ Email ☐ Fed.Ex/UPS ☒ **E-Serve/Email/ECF**

Signature /s/ *Melinda S. Morisset*

Date: April 13, 2026

Respectfully submitted,

*/s/ Jonathan R. Marko*

Jonathan R. Marko (P72450)
**MARKO LAW, PLLC**
220 W. Congress, Fourth Floor
Detroit, MI 48226
(313) 777-7777 / Fax: (313) 470-2011
Email: jon@markolaw.com

MARKOLAW.COM
220 W. CONGRESS, 4TH FLOOR
DETROIT, MI 48226
P: (313) 777-7777
F: (313) 470-2011
JM MARKO LAW

MARKOLAW.COM
220 W. CONGRESS, 4TH FLOOR
DETROIT, MI 48226
P: (313) 777-7777
F: ((313) 470-2011
JM MARKO LAW

# EXHIBIT A

## CONFIDENTIAL SETTLEMENT STATEMENT

A true and accurate copy of the Confidential Settlement Statement described in paragraph 4 of Plaintiff's Motion is being provided to all potential claimants and shall be shared with the Court on or before the hearing on Plaintiff's Motion for Leave to Settle Wrongful Death Claim and Distribute Proceeds. Because the settlement is confidential, the specific dollar amount of the settlement shall not be made part of the public record in this case.